

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-19-00444-CV

_____

CORY RAY SHELBY, Appellant

V.

SHAKKA SHANEAK JAMES, Appellee

On Appeal from the 325th District Court
Tarrant County, Texas
Trial Court No. 325-672025-19

Before Birdwell, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered appellant's "Motion to Dismiss." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Per Curiam

Delivered: February 6, 2020